Crotty, P.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HUGO CRUZ, on behalf of himself and :
all other similarly situated,              :          Civil Action No.: 11-cv-1008 (PAC)
                                           :
                 Plaintiff,                :          ECF Case
      -vs-                                 :
                                           :          STIPULATION AND ORDER
FXDirectDealer, LLC (FXDD),                :          FOR VOLUNTARY DISMISSAL
                                           :          WITH PREJUDICE
                 Defendant.                :
------------------------------------------------------X

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, through the undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice as to Defendant FXDirectDealer, LLC (FXDD), with each party to bear their own fees and costs.

BLANK ROME LLP

By: _____
Simon Miller
sjkmiller@blankrome.com
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
Tel.: (212) 885-5467
Fax: (917) 332-3844
*Attorneys for Defendant
FX Direct Dealer, LLC*

Dated: May 14, 2015

MORGAN & MORGAN P.A.

By: _____
Damien H. Prosser
Florida Bar No. 0017455
dprosser@forthepeople.com
20 North Orange Avenue, Ste. 1600
Orlando, FL 32801
Tel.: (407) 420-1414
Fax: (407) 245-3349
*Attorneys for Plaintiff Hugo Cruz*

Dated: May 14, 2015

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel on behalf of their respective clients, that this action be voluntarily dismissed with

prejudice as to Defendant. The parties shall bear their own costs and fees. All other relief is denied.

This is a final order and the Clerk shall close the file.

SO ORDERED

_____  5-22-15
Paul A. Crotty
U.S.D.J.